# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ALBERTO DELGADO-JAIMES,<br><br>Defendant. | Case No.: 22CR1354-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

The plaintiff, United States of America, and Jesus Alberto Delgado-Jaimes, by and through his counsel, Ellis M. Johnson III, have filed a joint motion to continue the July 20, 2022 Motion Hearing and Trial Setting.

Good cause shown, the Court grants the motion and resets the Motion Hearing and Trial Setting for September 16, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: July 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge